UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DENIS ANTONIO VILLALTA ARGUETA**                                         **PETITIONER**

**V.**                                     **CIVIL ACTION NO. 3:21cv209-NBB-JMV**

**BESSY NORIBETH HERNANDEZ LEMUS**                             **RESPONDENT**

**ORDER GRANTING LEAVE TO FILE EXHIBITS UNDER SEAL**

This matter comes before the Court on Petitioner's Motion for Leave to File Exhibits under Seal [2], which is related to Petitioner's Petition for Return of Child to Honduras and for Immediate Issuance of Show Cause Order [1].

Local Rule 79(b) specifies that "any order sealing a document must include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." L.U. Civ. R. 79(b). To determine whether to allow the sealing of a requested document, "the court must balance the public's common law right of access against the interests favoring nondisclosure." *SEC v. Van Waeyenberghe,* 990 F.2d 845, 848 (5th Cir. 1993). Upon weighing the competing interests, the undersigned finds that the Petitioner has provided clear and compelling reasons for filing Exhibits A through S under seal. Petitioner seeks to seal Exhibits A through S of the Petition [1] in order to protect the interest of the minor child as the documents contain the full legal name of the minor child.

After considering the matter, the Court finds for the reasons detailed above that Petitioner' Motion for Leave to File Exhibit Under Seal is well-taken and is, therefore **GRANTED** pursuant to L.U. Civ. R. 79.

Accordingly, the Clerk's Office is hereby **ORDERED** to seal Exhibits A through S of the Petition. It is further ordered that Exhibits A through S of the Petition be placed conventionally under seal with access restricted to the Parties, the Court, and the attorneys of record.

**SO ORDERED** this 28th day of September, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE