UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DENIS ANTONIO VILLALTA ARGUETA**                          **PETITIONER**

V.                                                                        **CIVIL ACTION NO. 3:21cv209-NBB-JMV**

**BESSY NORIBETH HERNANDEZ LEMUS**                        **RESPONDENT**

### ORDER DIRECTING FILING OF POST-TRIAL BRIEFS

The bench trial/evidentiary hearing in the above-referenced matter concluded today, February 8, 2022 [50]. The parties are directed to submit post-trial briefs, which are to be provided to the undersigned chambers by 5:00 p.m. on February 25, 2022, with the same to be filed on the docket by February 28, 2022. Replies, if any, shall be due and filed on March 4, 2022. The Clerk's Office is directed that any post-trial briefs should be filed under seal.

Local Rule 79(b) specifies that "any order sealing a document must include particularized findings demonstrating that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons." L.U. Civ. R. 79(b). To determine whether to allow the sealing of a requested document, "the court must balance the public's common law right of access against the interests favoring nondisclosure." *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

Upon weighing the competing interests, the undersigned finds that the parties have provided clear and compelling reasons for filing their post-trial briefs under seal. The parties desire to have the briefs filed under seal due to the sensitive nature of this proceeding and in order to protect the interests of the minor child.

SO ORDERED, this the 8th day of February, 2022.

<u>Jane M. Virden</u>
UNITED STATES MAGISTRATE JUDGE