IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DENIS ANTONIO VILLALTA ARGUETA**                                         **PETITIONER**

V.                                                          CIVIL ACTION NO. 3:21-cv-209-NBB-JMV

**BESSY NORIBETH HERNANDEZ LEMUS**                                  **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated March 9, 2022, was on that date duly served on the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by either party. Indeed, the parties have submitted an agreed "Stipulation and Order of Entry for Judgment for Father," which this court will enter herein. Further, the parties have advised the court that the child is now in the custody of the father.

Accordingly, the court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated March 9, 2022, is hereby approved and adopted as the opinion of the court.

2. Judgment will be entered accordingly.

This 23rd day of March, 2022.

                                                         /s/ Neal Biggers
                                                        NEAL B. BIGGERS, JR.
                                                        UNITED STATES DISTRICT COURT